UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT V. ANDERSON, *pro se,*

    Plaintiff,

v.                                          CASE NO. 8:10-CV-2235-T-30AEP

FLORIDA PAROLE COMMISSION,

    Defendant.
_____/

## O R D E R

Before the Court is plaintiff's civil rights complaint filed pursuant to 28 U.S.C. §1983 (Dkt. 1). With his complaint, plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915 (Dkt. 2). Plaintiff claims that the Florida Parole Commission violated his due process and equal protection rights when it overruled a parole examiner's recommendation of September 27, 2008, as Plaintiff's presumed parole release date, and set Plaintiff's presumed parole release date as September 27, 2078. Plaintiff's complaint also alleges that the statutes "that empower the Commissioner's actions are constitutionally infirm[.]" For relief, he essentially asks this Court to find that the Florida Parole Commission's actions were unconstitutional, and instruct the Florida Parole Commission to set a "reasonable" presumed parole release date.

The appropriate venue provision in this case is 28 U.S.C. § 1391(b) which states:

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1)

> a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

Because Defendant, the Florida Parole Commission, resides in Tallahassee, Florida, and it appears that the events giving rise to the Plaintiff's claims occurred there, venue is proper in the Northern District of Florida.

**ACCORDINGLY**, pursuant to 28 U.S.C. § 1406(a), this case is transferred to the United States District Court for the Northern District of Florida, Tallahassee Division, for all further proceedings, and the Clerk shall immediately terminate any pending motions, close this case, and forward the file to that District.

**DONE** and **ORDERED** in Tampa, Florida on October 7, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Plaintiff *pro se*